MARCUS LEE, ESQ. (Nevada Bar No.15769 )
E: MLee@ohaganmeyer.com
INKU NAM (Nevada Bar No. 12050)
E: INam@ohaganmeyer.com
**O'HAGAN MEYER PLLC**
300 S. 4th Street, Suite 1250
Las Vegas, Nevada 89101
Telephone: 725.286.2801

*Attorneys for Defendant*
*EXPERIAN INFORMATION SOLUTIONS, INC.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TAVORICE DAMONTAY SMITH,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN, EQUIFAX INFORMATION SERVICES LLC, TRANSUNION LLC.<br><br>Defendants. | Case No. 2:26-cv-01166-GMN-MDC<br><br>**MOTION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT EXPERIAN INFORMATION SOLUTIONS INC. TO RESPOND TO COMPLAINT [ECF NO. 2]**<br><br>**[FIRST REQUEST]** |

Pursuant to LR IA 6-1(a), LR IA 6-2, and LR 7-1, the undersigned counsel of record for Defendant EXPERIAN INFORMATION SOLUTIONS, INC. ("Experian") files this motion to extend Experian's deadline to file its response to Plaintiff's Complaint (ECF No. 2) through Monday, June 15, 2026.

/ / /

/ / /

/ / /

/ / /

/ / /

This extension request is made in good faith and not for purposes of delay. This request is supported by good cause as Counsel for Experian has attempted to reach Plaintiff by email concerning the requested extension, and as of this filing Plaintiff has not yet responded. Plaintiff will not be prejudiced by this extension, as the purpose of this first request for the extension is to allow Experian the opportunity to fully analyze the claims against it and to give the parties the opportunity to continue good faith efforts to settle this case.

Dated this 12th day of May, 2026

/s/Inku Nam
MARCUS LEE, ESQ. Nevada Bar No.15769
INKU NAM, ESQ. Nevada Bar No. 12050
O'HAGAN MEYER PLLC
300 S. 4th Street, Suite 1250
Las Vegas, Nevada 89101
Tel. 725.286.2801

*Attorneys for Defendant*
*EXPERIAN INFORMATION SOLUTIONS, INC.*

IT IS SO ORDERED:

Plaintiff did not oppose the motion and the Court grants the motion per LR 7-2(d) and for good cause shown.

_____
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

DATED: __June 9, 2026_____

2