# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Tavorice Damontay Smith,

Plaintiff,

vs.

Experian Information Solutions, Inc., *et al.*,

Defendants.

Case No. 2:26-cv-01166-GMN-MDC

**ORDER GRANTING MOTION FOR CLARIFICATION (ECF NO. 22)**

The Court has reviewed defendant Experian Information Solutions, Inc.'s ("Experian") *Motion for Clarification* ("Motion") (ECF No. 22). Experian requests for clarification on whether the Court's 06/10/2026 Order (ECF No. 19) "instructs [p]laintiff to file an amended Complaint by June 18, 2026; instructs [d]efendants to file their responsive pleadings by June 18, 2026; or other instruction for the parties." *ECF No. 22* at 2. Upon reviewing the 06/10/2026 Order, the Court agrees that clarification is necessary and thus **GRANTS** the Motion.

The Court clarifies that the 06/10/2026 Order instructed plaintiff to file his proposed amended Complaint by no later than June 18, 2026 and did not provide any further instruction for the parties. Plaintiff has also filed his amended Complaint within the deadline and the Court accepts it as timely. *ECF No. 23*. Defendants shall respond to the amended complaint within 14 days after service of the amended complaint, per FRCP 15(a)(3).

//

//

//

//

//

//

1

ACCORDINGLY,

**IT IS ORDERED that:**

Defendant Experian Information Solutions, Inc.'s *Motion for Clarification* (ECF No. 22) is **GRANTED**. The Court clarifies its 06/10/2026 Order (ECF No. 19) as stated in this Order.

DATED: June 22, 2026.

IT IS SO ORDERED.

_____

Hon. Maximiliano D. Couvillier, III
United States Magistrate Judge

**<u>NOTICE</u>**

Pursuant to Local Rules IB 3-1 and IB 3-2, a party may object to orders and reports and recommendations issued by the magistrate judge. Objections must be in writing and filed with the Clerk of the Court within fourteen days. LR IB 3-1, 3-2. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985).

This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Pursuant to Local Rule IA 3-1, the plaintiff must immediately file written notification with the court of any change of address. The notification must include proof of service upon each opposing party's attorney, or upon the opposing party if the party is unrepresented by counsel. Failure to comply with this rule may result in dismissal of the action.