MARCUS J. LEE, ESQ.(Nevada Bar No. 15769)
E: MLee@ohaganmeyer.com
INKU NAM, ESQ.(Nevada Bar No. 12050)
E: INam@ohaganmeyer.com
**O'HAGAN MEYER PLLC**
300 S. 4th Street, Suite 1250
Las Vegas, NV 89101
T: 725.286.2801

*Attorney for Defendant*
*Experian Information Solutions, Inc.*

O'HAGAN MEYER ATTORNEYS ADVISORS

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TAVORICE DAMONTAY SMITH,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SYSTEMS, INC., et al.<br><br>Defendants. | Case No. 2:26-cv-01166-GMN-MDC<br><br>**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC'S NOTICE OF JOINDER TO DEFENDANT TRANS UNION'S MOTION TO STAY ACTION PENDING RULING ON MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** |

PLEASE TAKE NOTICE that Defendant Experian Information Solutions, Inc. ("Experian"), by and through undersigned counsel, hereby joins in Defendant Trans Union, LLC's ("Trans Union") Motion to Stay Action Pending Ruling on its Motion to Dismiss Plaintiff's First Amended Complaint ("Motion to Stay") (Dkt. No. 32). On September 21, 2026, Experian filed a Notice of Joinder to Trans Union's Motion to Dismiss Plaintiff's Amended Complaint ("Motion to Dismiss") (Dkt. No. 27). The grounds for dismissal and reasoning set forth in the Motion to Stay apply equally to Experian. Accordingly,

/ /

Experian respectfully requests that this Court stay the instant action pending disposition of Trans Union's Motion to Dismiss.

Dated: September 24th , 2026

Respectfully submitted,

*/s/ Inku Nam*______________________

MARCUS J. LEE, ESQ. Nevada Bar No. 15769
INKU NAM, ESQ. Nevada Bar No. 12050
O'HAGAN MEYER
300 South 4th Street, Suite 1250
Las Vegas, NV 89101

O'HAGAN MEYER ATTORNEYS ▲ ADVISORS

# CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2026, I electronically filed a true and accurate copy of the foregoing **DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC'S NOTICE OF JOINDER TO DEFENDANT TRANS UNION'S MOTION TO STAY ACTION PENDING RULING ON MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** document was filed with the Clerk of Court using the CM/ECF electronic filing system. I further certify that a copy of the foregoing was sent by U.S. Mail to:

Tavorice Damontay Smith
11569 Autunno St Las Vegas, NV 89183
*Pro Se Plaintiff*

LEONCIO A. GIL, III
Nevada Bar No. 13129 leon.gil@qslwm.com
QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.
5801 Tennyson Parkway, Suite 440
Plano, Texas 75024
Telephone: (214) 560-5458
Fax: (214) 871-2111
*Counsel for Trans Union LLC*

By: */s/ Krystal Williams*
An Employee of
O'HAGAN MEYER PLLC

O'HAGAN MEYER ATTORNEYS ▲ ADVISORS